## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

ANTHONY ALTMAYER et al.,       *
                           *

     Plaintiffs,           *

                           *

     v.                    *

                           *         CV 116-161

WECTEC CONTRACTORS, INC.       *
and FLUOR ENTERPRISES, INC.,       *

                           *

     Defendants.          *

                           *

                           *

## O R D E R

Currently before the Court is Plaintiffs' and Defendant Fluor Enterprise, Inc.'s joint motion to dismiss. (Doc. 41.) These parties wish to dismiss Plaintiffs' breach-of-contract and unjust-enrichment claims. Upon consideration, the Court **GRANTS** the motion. Plaintiffs' breach-of-contract and unjust-enrichment claims against Fluor are therefore **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia this 31st day of July, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA